1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    JOHN ROBERT DEMOS,

9                           Petitioner,                    CASE NO.  2:20-cv-01663-RSM-BAT

10          v.                                             **REPORT AND**
                                                           **RECOMMENDATION**
11    STATE OF WASHINGTON, et al.,

12                           Respondent.

13         **Bar-order litigant John Robert Demos** has filed an application to proceed *in forma*

14    *pauperis* with a proposed 28 U.S.C. § 2241 habeas petition. Dkt. 1. Although Mr. Demos purports

15    to proceed under § 2241, he challenges his state-court conviction and sentence and therefore the

16    proper basis for his habeas relief is 28 U.S.C. § 2254. An Order of this Court provides for the

17    return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28

18    U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-

19    0031-JLW (W.D. Wash. Mar. 13, 1997).

20         Mr. Demos has not submitted the filing fee as required by the Court's Order of March 13,

21    1997. Moreover, Mr. Demos may not proceed with a second or successive habeas petition here

22    unless and until the Ninth Circuit authorizes its filing. *See* 28 U.S.C. § 2244(b)(3)(A). The Court

23

REPORT AND RECOMMENDATION - 1

1   accordingly recommends the Clerk be **DIRECTED** to administratively close this matter, dismiss

2   the case, and to strike any pending motions as moot.

3       The Court also recommends that as no reasonable jurist would disagree the habeas

4   petition should be dismissed based upon the Court's bar order and the prohibition on filing

5   second or successive petitions without Circuit Court permission, that issuance of a certificate of

6   appealability be denied.

7       **The Clerk should note the matter as ready for the District Judge's immediate**

8   **consideration on November 13, 2020**.

9       DATED this 13th day of November, 2020.

10

11   _____
     BRIAN A. TSUCHIDA
12   Chief United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2