UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　　Respondent. | CASE NO.  2:20-cv-01663-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)　The Court ADOPTS the Report and Recommendation.

(2)　The Clerk shall administratively **CLOSE** and dismiss this matter and **STRIKE** any pending motions as moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997). Issuance of a certificate of appealabilty is denied.

(3)　The Clerk shall provide a copy of this Order to petitioner.

ORDER OF DISMISSAL - 1

Dated this 4th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2